# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | |
|---|---|
| Case No: 17-32828 SGJ Judge: STACEY JERNIGAN | Trustee Name: JEFFREY MIMS, TRUSTEE |
| Case Name: MED SHARE TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): 08/07/17 (c) |
| | 341(a) Meeting Date: 09/26/17 |
| For Period Ending: 07/13/18 | Claims Bar Date: 02/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP Morgan Chase Bank XXX--3332 | 69,078.73 | 0.00 | | 38,573.69 | FA |
| 2. JP Morgan Chase Bank XXX--8619 | 1,188.96 | 0.00 | | 1,093.96 | FA |
| 3. JP Morgan Chase Bank XXX--9011 | 607.61 | 0.00 | | 512.61 | FA |
| 4. Collection from Gray Reed firm (u) | 0.00 | 13,300.00 | | 13,300.00 | FA |
| 5. ACCOUNTS RECEIVABLE - BUSINESS | 80,208.91 | 0.00 | | 0.00 | FA |
| Subject to lien of Legacy Bank, Court has allowed lift stay as to receivables and allowed Legacy Bank to attempt collection of same. | | | | | |
| 6. Office furniture, see description Form 1 Notes | 2,600.00 | 0.00 | | 0.00 | FA |
| Office Decor, Tables/Desks & Chairs as detailed on attached list in schedules. | | | | | |
| 7. Office Appliances | 800.00 | 0.00 | | 0.00 | FA |
| See schedules filed by Debtor on 8/18/17. | | | | | |
| 8. Office Television | 1,600.00 | 0.00 | | 0.00 | FA |
| 9. Office Server Room & Security Equipment | 3,350.00 | 0.00 | | 0.00 | FA |
| see detailed list on schedules filed by Debtor on 8/18/17 | | | | | |
| 10. Office Shelving | 2,650.00 | 0.00 | | 0.00 | FA |
| 11. Office Phones | 3,100.00 | 0.00 | | 0.00 | FA |
| 12. Office Printers/Fax & Shredder | 600.00 | 0.00 | | 0.00 | FA |
| 13. Office Computers | 15,050.00 | 0.00 | | 0.00 | FA |
| 14. 8 Prints | 100.00 | 0.00 | | 0.00 | FA |
| 15. 2014 Ram 1500 HFE 2dr Regular Cab SB van (3.6L) (u) | 11,815.00 | 10,250.00 | | 10,250.00 | FA |
| Asset not scheduled but Trustee able to get title from Cleary and sold for benefit of estate as proceeds to purchase this van clearly came from the debtor. | | | | | |
| 16. Internet domain names and websites | 0.00 | 0.00 | | 0.00 | FA |
| medsharelaser.com | | | | | |
| 17. Internet domain names and websites | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00j

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| Case No: | 17-32828    SGJ    Judge: STACEY JERNIGAN | | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MED SHARE TECHNOLOGIES, INC. | | Date Filed (f) or Converted (c): | 08/07/17 (c) |
| | | | 341(a) Meeting Date: | 09/26/17 |
| | | | Claims Bar Date: | 02/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| medsharetech.com<br>18. Hand Piece Inventory -- see Form 1 notes (u)<br>Debtor principal filed amended schedules on 8/25/17 and 9/11/17 included this asset listing and value. | 487,600.00 | Unknown | | 50,000.00 | FA |
| 19. Accessories Inventory (u)<br>Debtor principal amended schedules on 8/25/17 and 9/11/17 and added this listing for this asset. | 398,646.50 | Unknown | | 38,443.41 | FA |
| 20. 2016 MB Sprinter 2500 144 WB Carbgo 3dr Van (u)<br>Debtor principal included this new asset on 8/25/17 schedules for value of $37,490.00 then changed value on 9/11/17 to reflect FMV of $26,000.00. Regardless, Trustee believes there is no equity in the collateral. | 26,000.00 | 0.00 | | 0.00 | FA |
| 21. Pay Pal Merchant A/C 49A6 (u)<br>Debtor principal added this Pay Pal account to amended schedules filed on 9/11/17 for first time with value "unknown". | Unknown | Unknown | | 0.00 | Unknown |
| 22. Trustee lawsuit vs. Clearys (u)<br>Trustee has filed his adversary against Mr. and Mr. Cleary, and Mr. Cleary father for transfers of Debtor's property and assets. The Cleary's have taken several million dollars of Debtor's assets in the form of dividends, cash, credit cards, real property, etc. in the last two to three years. | 0.00 | Unknown | | 360,000.00 | FA |
| 23. Device & Maintenance Inventory<br>Detailed on attached scheduel filed document #53, entered 9/11/17 | 558,924.15 | 400,000.00 | | 289,750.00 | FA |
| 24. Partial refund of Retainer by Debtor's Counsel (u)<br>Order entered 3/28/18 | 0.00 | 10,287.50 | | 10,287.50 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,663,919.86 | $433,837.50 | | $812,211.17 | $0.00 |

LFORM1

Ver: 20.00j

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

| Case No: | 17-32828    SGJ    Judge: STACEY JERNIGAN | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|
| Case Name: | MED SHARE TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 08/07/17 (c) |
| | | 341(a) Meeting Date: | 09/26/17 |
| | | Claims Bar Date: | 02/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee working on claim objections, preparation of estate tax returns, and expects to file his Final Report hopefully by October 30, 2018.

Initial Projected Date of Final Report (TFR): 12/31/18      Current Projected Date of Final Report (TFR): 12/31/18

LFORM1

Ver: 20.00j