Jeffrey H. Mims, Chapter 7 Bankruptcy Trustee
900 Jackson Street
Suite 560
Dallas, TX 75202
jeffm@chfirm.com
Telephone: 214-210-2913

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| MED SHARE TECHNOLOGIES, INC. | § | Case No. 17-32828-sgj7 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey H. Mims, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $147,873.91 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $537,343.09 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $274,868.08 | |

3) Total gross receipts of $812,211.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $812,211.17 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $1,286,120.85 | $831,894.62 | $831,151.14 | $274,323.85 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $275,193.08 | $275,193.08 | $274,868.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $37,141.61 | $37,280.57 | $24,080.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $1,915,512.67 | $9,172,396.70 | $8,304,494.05 | $238,939.20 |
| **TOTAL DISBURSEMENTS** | $3,201,633.52 | $10,316,626.01 | $9,448,118.84 | $812,211.17 |

4) This case was originally filed under chapter 7 on 07/27/2017, and it was converted to chapter 7 on 08/07/2017. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9.**

Please see separate wage claim calculations per worksheet submitted with bank statements to U. S. Trustee's Office for final review.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   07/21/2019                    By :    /s/ Jeffrey H. Mims

                                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

UST Form 101-7-TDR (10/1/2010) (Page: 2)

EXHIBITS TO
FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Device & Maintenance Inventory | 1110-000 | $300,000.00 |
| Collection from Gray Reed firm | 1121-000 | $13,300.00 |
| JP Morgan Chase Bank  XXX--9011 | 1129-000 | $512.61 |
| JP Morgan Chase Bank XXX--8619 | 1129-000 | $1,093.96 |
| JP Morgan Chase Bank XXX--3332 | 1129-000 | $38,573.69 |
| Accessories Inventory | 1210-000 | $38,443.41 |
| Hand Piece Inventory -- see Form 1 notes | 1210-000 | $50,000.00 |
| Partial refund of Retainer by Debtor's Counsel | 1221-000 | $10,287.50 |
| Trustee lawsuit vs. Clearys | 1249-000 | $360,000.00 |
| **TOTAL GROSS RECEIPTS** | | $812,211.17 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Dallas County Linebarger | 4210-000 | NA | $1,260.39 | $1,260.39 | $0.00 |
| 00001- | Dallas County Linebarger | 4210-000 | NA | $1,386.41 | $1,386.41 | $0.00 |
| 00000 | DALLAS COUNTY | 4110-000 | NA | $1,386.41 | $1,386.41 | $0.00 |
| 00009 | SCG Skin Rejuvenation | 4210-000 | NA | $5,893.48 | $5,150.00 | $0.00 |
| 00009- | SCG Skin Rejuvenation | 4210-000 | NA | $5,893.48 | $5,893.48 | $0.00 |
| 00013 | Legacy Texas Bank c/o Higier | 4210-000 | NA | $270,875.30 | $270,875.30 | $0.00 |
| 00001 | LEGACY TEXAS BANK | 4110-000 | NA | $270,875.30 | $270,875.30 | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00022 | INTERNAL REVENUE SERVICE | 4210-000 | NA | $0.00 | $0.00 | $0.00 |
| | LegacyTexas Bank | 4210-000 | NA | $146,567.34 | $146,567.34 | $146,567.34 |
| | Mercedes-Benz FinServ USALLC | | $46,120.85 | NA | NA | $0.00 |
| | LEGACYTEXAS BANK | 4210-000 | NA | $90,256.51 | $90,256.51 | $90,256.51 |
| | Ovation Finance Holdings, LLC | 4210-000 | NA | $37,500.00 | $37,500.00 | $37,500.00 |
| | Legacy Texas | | $1,240,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $1,286,120.85 | $831,894.62 | $831,151.14 | $274,323.85 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US Trustee (ADMINISTRATIVE) | 2990-000 | NA | $325.00 | $325.00 | $0.00 |
| Robbins Cobb Jenkins & Assoc., PLLC | 3410-000 | NA | $16,776.50 | $16,776.50 | $16,776.50 |
| Cavazos Hendricks Poirot P.C. | 3210-000 | NA | $62,631.50 | $62,631.50 | $62,631.50 |
| Cavazos Hendricks Poirot P.C. | 3220-000 | NA | $1,922.10 | $1,922.10 | $1,922.10 |
| Jeffrey H. Mims | 2100-000 | NA | $43,860.56 | $43,860.56 | $43,860.56 |
| US TRUSTEE | 2990-000 | NA | $325.00 | $325.00 | $325.00 |
| Cavazos Hendricks Poirot & Smitham, | 3210-000 | NA | $49,223.75 | $49,223.75 | $49,223.75 |
| Cavazos Hendricks Poirot & Smitham, | 3220-000 | NA | $1,784.46 | $1,784.46 | $1,784.46 |
| CAVAZOS HENDRICKS POIROT | 3210-000 | NA | $49,223.75 | $49,223.75 | $49,223.75 |
| DALLAS COUNTY TAX ASSESSOR | 2820-000 | NA | $1,052.56 | $1,052.56 | $1,052.56 |
| DALLAS COUNTY TAX ASSESSORq | 2820-000 | NA | $333.85 | $333.85 | $333.85 |
| FIRST NATIONAL BANK - VINITA | 2600-000 | NA | $2,226.45 | $2,226.45 | $2,226.45 |
| FNB Vinita | 2600-000 | NA | $309.87 | $309.87 | $309.87 |
| George Adams and, COmpany, INs. | 2300-000 | NA | $525.00 | $525.00 | $525.00 |
| Geroge Adams and, COmpany, INs. | 2300-000 | NA | $615.00 | $615.00 | $615.00 |
| Judith Ross, P.C. | 3721-000 | NA | $1,125.00 | $1,125.00 | $1,125.00 |
| Rosen Systems, INc. | 3620-000 | NA | $13,318.50 | $13,318.50 | $13,318.50 |
| SPC, MOckingbird, DEpot, LP | 2410-000 | NA | $28,922.14 | $28,922.14 | $28,922.14 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Texas Capital Bank | 2600-000 | NA | $692.09 | $692.09 | $692.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $275,193.08 | $275,193.08 | $274,868.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | NA | $1,417.18 | $1,417.18 | $0.00 |
| | Texas Employment Commission | 5800-000 | NA | $1,110.06 | $1,110.06 | $1,110.06 |
| | Internal Revenue Service | 5800-000 | NA | $1,417.18 | $1,417.18 | $1,417.18 |
| 000005 | ALLYSON GARZA | 5300-000 | NA | $1,840.79 | $1,840.79 | $1,840.79 |
| 000007 | Phillip Nigh | 5300-000 | NA | $6,883.00 | $6,883.00 | $6,883.00 |
| 000011 | ORLANDO R GARCIA - EMPLOYEE | 5300-000 | NA | $7,075.00 | $7,075.00 | $7,075.00 |
| 000016 | GABRIEL A. MENDOZA | 5300-000 | NA | $1,384.62 | $1,384.62 | $1,384.62 |
| 000022A | INTERNAL REVENUE SERVICE | 5800-000 | NA | $100.00 | $100.00 | $0.00 |
| 000025A | SPC MOCKINGBIRD DEPOT, LLC | 5800-000 | NA | $3,369.37 | $3,369.37 | $0.00 |
| 000027A | TEXAS COMPTROLLER OF PUBLIC | 5800-000 | NA | $1,000.02 | $1,138.98 | $0.00 |
| 00011 | ORLANDO R GARCIA - EMPLOYEE | 5800-000 | NA | $7,075.00 | $7,075.00 | $0.00 |
| 00022B | INTERNAL REVENUE SERVICE | 5800-000 | NA | $100.00 | $100.00 | $0.00 |
| 00025A | SPC Mockingbird Depot, LLC | 5800-000 | NA | $3,369.37 | $3,369.37 | $3,369.37 |
| 00027A | Texas Comptroller of Public | 5800-000 | NA | $1,000.02 | $1,000.02 | $1,000.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $37,141.61 | $37,280.57 | $24,080.04 |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00028 | Ovation Finance Holdings, LLC | 7100-000 | NA | $1,024,000.00 | $1,024,000.00 | $0.00 |
| 00027 | Texas Comptroller of Public | 7100-000 | NA | $1,138.98 | $139.96 | $6.08 |
| 00026 | Ronika Group c/o Kathryn Reid | 7100-000 | NA | $23,500.00 | $23,500.00 | $0.00 |
| 00025 | SPC Mockingbird Depot, LLC | 7100-000 | NA | $148,225.35 | $123,892.52 | $5,383.88 |
| 00024 | American Express Travel Related | 7100-000 | NA | $96,153.99 | $96,153.99 | $0.00 |
| 00023 | MARK H LINDER DDS | 7100-000 | NA | $168,550.00 | $168,550.00 | $0.00 |
| 00022-2 | INTERNAL REVENUE SERVICE | 7100-000 | NA | $975.00 | $975.00 | $42.37 |
| 00022 | INTERNAL REVENUE SERVICE | 7100-000 | NA | $1,075.00 | $1,075.00 | $0.00 |
| 00021 | Qwat Alaaj Medical Co. KSA - | 7100-000 | NA | $47,500.00 | $47,500.00 | $0.00 |
| 00020 | Team Air Express | 7100-000 | NA | $23,394.38 | $23,394.38 | $0.00 |
| 00019 | FedEx Corporate Services, Inc. | 7100-000 | NA | $11,247.46 | $11,247.46 | $0.00 |
| 00018 | Basu Plastic Surgery Harry | 7100-000 | NA | $50,000.00 | $50,000.00 | $0.00 |
| 00017 | YM Beauty, Inc. 60 Washington | 7100-000 | NA | $75,800.00 | $75,800.00 | $0.00 |
| 00015 | Garza Plastic and Reconstructive | 7100-000 | NA | $416,015.95 | $416,015.95 | $0.00 |
| 00014 | Anton Ponomarev 4-th | 7100-000 | NA | $30,000.00 | $30,000.00 | $0.00 |
| 00013 | Legacy Texas Bank c/o Higier | 7100-000 | NA | $1,303,788.99 | $1,032,913.69 | $44,886.39 |
| 00012 | Jia Zheng, MD Toronto, Canada | 7100-000 | NA | $7,194.50 | $7,194.50 | $0.00 |
| 00010 | Gruber Hail Johansen Shank LLP | 7100-000 | NA | $19,545.50 | $19,545.50 | $0.00 |
| 00008-2 | Commonwealth Capital Corp. | 7100-000 | NA | $990,369.62 | $990,369.62 | $0.00 |
| 00008 | Commonwealth Capital Corp. | 7100-000 | NA | $1,060,369.62 | $1,060,369.62 | $0.00 |
| 00006 | Renew Aesthetics at Pinnacle | 7100-000 | NA | $75,000.00 | $75,000.00 | $0.00 |
| 00003 | American Express Travel Related | 7100-000 | NA | $115,034.22 | $115,034.22 | $0.00 |
| 000028 | OVATION FINANCE HOLDINGS, | 7100-000 | NA | $1,024,000.00 | $1,024,000.00 | $44,499.04 |
| 000026 | RONIKA GROUP | 7100-000 | NA | $23,500.00 | $23,500.00 | $1,021.22 |
| 000024 | AMERICAN EXPRESS TRAVEL | 7100-000 | NA | $96,153.99 | $96,153.99 | $4,178.48 |
| 000023 | MARK H LINDER DDS | 7100-000 | NA | $168,550.00 | $72,950.00 | $3,170.12 |
| 000021 | QWAT ALAAJ MEDICAL CO. | 7100-001 | NA | $47,500.00 | $47,500.00 | $2,064.16 |
| 000020 | TEAM AIR EXPRESS | 7100-000 | NA | $23,394.38 | $23,394.38 | $1,016.63 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | American Express Travel Related | 7100-000 | NA | $82,159.52 | $82,159.52 | $0.00 |
| 000019 | FEDEX CORPORATE SERVICES, | 7100-000 | NA | $11,247.46 | $1,456.89 | $63.31 |
| 000018 | BASU PLASTIC SURGERY | 7100-000 | NA | $50,000.00 | $50,000.00 | $2,172.80 |
| 000017 | YM BEAUTY, INC. | 7100-000 | NA | $75,800.00 | $75,800.00 | $3,293.97 |
| 000015 | GARZA PLASTIC AND | 7100-001 | NA | $416,015.95 | $40,000.00 | $1,738.24 |
| 000014 | ANTON PONOMAREV | 7100-000 | NA | $30,000.00 | $30,000.00 | $0.00 |
| 000012 | JIA ZHENG, MD | 7100-001 | NA | $7,194.50 | $7,194.50 | $312.64 |
| 000010 | GRUBER HAIL JOHANSEN SHANK | 7100-000 | NA | $19,545.50 | $0.00 | $0.00 |
| 000009 | SCG SKIN REJUVENATION | 7100-000 | NA | $5,893.48 | $5,150.00 | $223.80 |
| 000008 | COMMONWEALTH CAPITAL | 7100-000 | NA | $1,060,369.62 | $990,369.62 | $43,037.59 |
| 000006 | RENEW AESTHETICS AT | 7100-000 | NA | $75,000.00 | $75,000.00 | $3,259.21 |
| 000003 | AMERICAN EXPRESS TRAVEL | 7100-000 | NA | $115,034.22 | $115,034.22 | $4,998.94 |
| 000002 | AMERICAN EXPRESS TRAVEL | 7100-000 | NA | $82,159.52 | $82,159.52 | $3,570.33 |
|  | American Express |  | $178,358.51 | NA | NA | $0.00 |
|  | American Trust Administrators, |  | $418.00 | NA | NA | $0.00 |
|  | Anton Ponomarev |  | NA | NA | NA | $0.00 |
|  | Audubon Dermatology |  | $1,000.00 | NA | NA | $0.00 |
|  | Baskin Aesthetic Medicine |  | $2,500.00 | NA | NA | $0.00 |
|  | Commonwealth Capital |  | $1,050,000.00 | NA | NA | $0.00 |
|  | Commonwealth Capital, | 7100-000 | NA | $70,000.00 | $70,000.00 | $70,000.00 |
|  | Dr. Badi Alatasi |  | $64,735.00 | NA | NA | $0.00 |
|  | FedEx - Freight 195268142 |  | $735.57 | NA | NA | $0.00 |
|  | FedEx-MST |  | $721.32 | NA | NA | $0.00 |
|  | Heartland Business Credit |  | $7,000.00 | NA | NA | $0.00 |
|  | Jasmine Amstutz |  | $500.00 | NA | NA | $0.00 |
|  | Jia Zheng, MD |  | $7,800.00 | NA | NA | $0.00 |
|  | John L. Roussalis, MD |  | $7,750.00 | NA | NA | $0.00 |
|  | Knox Laser Tattoo Removal |  | $5,000.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laser Service Solutions, LLC | | $1,505.00 | NA | NA | $0.00 |
| | Mark Lupin | | $7,000.00 | NA | NA | $0.00 |
| | MCS Crating Solutions | | $275.00 | NA | NA | $0.00 |
| | Oakland Dermatology Associates | | $6,500.00 | NA | NA | $0.00 |
| | Ovation Partners | | $475,000.00 | NA | NA | $0.00 |
| | Quill Corporation | | $606.48 | NA | NA | $0.00 |
| | Quill Corporation | | $606.48 | NA | NA | $0.00 |
| | Robert Baskin | | $88.00 | NA | NA | $0.00 |
| | Seitz Dermatology | | NA | NA | NA | $0.00 |
| | SGG Skin Rejunvenation | | $5,150.00 | NA | NA | $0.00 |
| | Shilesh Iyer, MDPC | | $8,750.00 | NA | NA | $0.00 |
| | Spectrum Business | | $1,511.11 | NA | NA | $0.00 |
| | Team Worldwide | | $6,002.60 | NA | NA | $0.00 |
| | Telcomm Wizards | | $499.80 | NA | NA | $0.00 |
| | Uline | | $499.80 | NA | NA | $0.00 |
| | Vitality Med Spa | | NA | NA | NA | $0.00 |
| | YM BSysrteauty | | $75,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,915,512.67 | $9,172,396.70 | $8,304,494.05 | $238,939.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **17-32828**
Case Name:  **MED SHARE TECHNOLOGIES, INC.**

Judge:  **Stacey G. Jemigan**

Trustee Name:  **Jeffrey H. Mims**
Date Filed (f) or Converted (c):  **08/07/2017 (c)**
341(a) Meeting Date:  **09/26/2017**
Claims Bar Date:  **02/12/2018**

For Period Ending:  **07/21/2019**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | JP Morgan Chase Bank XXX--3332 | 69,078.73 | 38,573.69 | | 38,573.69 | FA |
| 2. | JP Morgan Chase Bank XXX--8619 | 1,188.96 | 1,093.96 | | 1,093.96 | FA |
| 3. | JP Morgan Chase Bank XXX--9011 | 607.61 | 512.61 | | 512.61 | FA |
| 4. | Collection from Gray Reed firm | 0.00 | 13,300.00 | | 13,300.00 | FA |
| 5. | ACCOUNTS RECEIVABLE - BUSINESS | 80,208.91 | 0.00 | | 0.00 | FA |
| 6. | Office furniture, see description Form 1 Notes | 2,600.00 | 0.00 | | 0.00 | FA |
| 7. | Office Appliances | 800.00 | 0.00 | | 0.00 | FA |
| 8. | Office Television | 1,600.00 | 0.00 | | 0.00 | FA |
| 9. | Office Server Room & Security Equipment | 3,350.00 | 0.00 | | 0.00 | FA |
| 10. | Office Shelving | 2,650.00 | 0.00 | | 0.00 | FA |
| 11. | Office Phones | 3,100.00 | 0.00 | | 0.00 | FA |
| 12. | Office Printers/Fax & Shredder | 600.00 | 0.00 | | 0.00 | FA |
| 13. | Office Computers | 15,050.00 | 0.00 | | 0.00 | FA |
| 14. | 8 Prints | 100.00 | 0.00 | | 0.00 | FA |
| 15. | 2014 Ram 1500 HFE 2dr Regular Cab SB van (3.6L) (u) | 11,815.00 | 11,815.00 | | 0.00 | FA |
| 16. | Internet domain names and websites | 0.00 | 0.00 | | 0.00 | FA |
| 17. | Internet domain names and websites | 0.00 | 0.00 | | 0.00 | FA |
| 18. | Hand Piece Inventory -- see Form 1 notes (u) | 487,600.00 | Unknown | | 50,000.00 | FA |
| 19. | Accessories Inventory (u) | 398,646.50 | Unknown | | 38,443.41 | FA |
| 20. | 2016 MB Sprinter 2500 144 WB Carbgo 3dr Van (u) | 26,000.00 | 0.00 | | 0.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **17-32828**

Case Name: **MED SHARE TECHNOLOGIES, INC.**

Judge: **Stacey G. Jemigan**

Trustee Name: **Jeffrey H. Mims**

Date Filed (f) or Converted (c): **08/07/2017 (c)**

341(a) Meeting Date: **09/26/2017**

For Period Ending: **07/21/2019**

Claims Bar Date: **02/12/2018**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. | Pay Pal Merchant A/C 49A6 (u) | Unknown | Unknown | | 0.00 | FA |
| 22. | Trustee lawsuit vs. Clearys (u) | 0.00 | Unknown | | 360,000.00 | FA |
| 23. | Device & Maintenance Inventory | 558,924.15 | 0.00 | | 300,000.00 | FA |
| 24. | Partial refund of Retainer by Debtor's Counsel (u) | 0.00 | 10,287.50 | | 10,287.50 | FA |

Gross Value of Remaining Assets

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | | 1,663,919.86 | 75,582.76 | | 812,211.17 | 0.00 |

Re Prop. #5   Subject to lien of Legacy Bank, Court has allowed lift stay as to receivables and allowed Legacy Bank to attempt collection of same.
Re Prop. #6   Office Decor, Tables/Desks & Chairs as detailed on attached list in schedules.
Re Prop. #7   See schedules filed by Debtor on 8/18/17.
Re Prop. #9   see detailed list on schedules filed by Debtor on 8/18/17
Re Prop. #15   Asset not scheduled but Trustee able to get title from Cleary and sold for benefit of estate as proceeds to purchase this van clearly came from the debtor.
Re Prop. #16   medsharelaser.com
Re Prop. #17   medsharetech.com
Re Prop. #18   Debtor principal filed amended schedules on 8/25/17 and 9/11/17 included this asset listing and value.
Re Prop. #19   Debtor principal amended schedules on 8/25/17 and 9/11/17 and added this listing for this asset.
Re Prop. #20   Debtor principal included this new asset on 8/25/17 schedules for value of $37,490.00 then changed value on 9/11/17 to reflect FMV of $26,000.00.  Regardless, Trustee believes there is no equity in the collateral.
Re Prop. #21   Debtor principal added this Pay Pal account to amended schedules filed on 9/11/17 for first time with value "unknown".
Re Prop. #22   Trustee has filed his adversary against Mr. and Mr. Cleary, and Mr. Cleary father for transfers of Debtor's property and assets.  The Cleary's have taken several million dollars of Debtor's assets in the form of dividends, cash, credit cards, real property, etc. in the last two to three years.
Re Prop. #23   Detailed on attached scheduel filed document #53, entered 9/11/17
Re Prop. #24   Order entered 3/28/18


Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

On October 22, 2018, Trustee submitted his Trustee's Final Report to U. S. Trustee for final audit by U.S. Trustee of Trustee's Final Report before U. S. Trustee files TFR with Court record.

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 17-32828
**Case Name:** **MED SHARE TECHNOLOGIES, INC.**

**Judge:** **Stacey G. Jemigan**

**Trustee Name:** **Jeffrey H. Mims**
**Date Filed (f) or Converted (c):** **08/07/2017 (c)**
**341(a) Meeting Date:** **09/26/2017**
**Claims Bar Date:** **02/12/2018**

**For Period Ending:** **07/21/2019**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2018        **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**        /s/Jeffrey H. Mims        **Date:** 07/20/2019
                              Jeffrey H. Mims
                              900 Jackson Street
                              Suite 560
                              Dallas, TX 75202
                              Phone : (214) 210-2913

**Exhibit 8**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-32828 | **Trustee Name:** Jeffrey H. Mims |
| **Case Name:** MED SHARE TECHNOLOGIES, INC. | **Bank Name:** FNB Vinita |
| | **Account Number/CD#:** ******1858 Checking Account |
| **Taxpayer ID No:** **-***6832 | **Blanket bond (per case limit):** 300,000.00 |
| **For Period Ending:** 7/21/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/23/2017 | [3] | Chase Bank | Close acct. XXXX 9011 | 1129-000 | 512.61 | | 512.61 |
| 08/23/2017 | [2] | CHASE BANK | CLOSE ACCT. XXXX 8619 | 1129-000 | 1,093.96 | | 1,606.57 |
| 08/23/2017 | [1] | CHASE BANK | CLOSE ACCT. XXXX 3332 | 1129-000 | 38,573.69 | | 40,180.26 |
| 08/23/2017 | [4] | LUMINOUS LASER SKINCARE, INC. | A/R COLLECTION FROM GRAY REED | 1121-000 | 13,300.00 | | 53,480.26 |
| 09/08/2017 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 12.82 | 53,467.44 |
| 10/06/2017 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 54.94 | 53,412.50 |
| 11/07/2017 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 56.71 | 53,355.79 |
| 11/10/2017 | | Rosen Systems, INc. | Auction proceeds | | 388,443.41 | | 441,799.20 |
| | [23] | | 300,000.00 | 1110-000 | | | |
| | [18] | | 50,000.00 | 1210-000 | | | |
| | [19] | | 38,443.41 | 1210-000 | | | |
| | | | Page Subtotals | | 441,923.67 | 124.47 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-32828 | |
| **Case Name:** MED SHARE TECHNOLOGIES, INC. | |

| | |
|---|---|
| **Trustee Name:** Jeffrey H. Mims | |
| **Bank Name:** FNB Vinita | |
| **Account Number/CD#:** ******1858 Checking Account | |

| | |
|---|---|
| **Taxpayer ID No:** **-***6832 | |
| **For Period Ending:** 7/21/2019 | |

| | |
|---|---|
| **Blanket bond (per case limit):** 300,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/10/2017 | 10000 | LegacyTexas Bank | Payment to secured creditor per Order | 4210-000 | | 146,567.34 | 295,231.86 |
| 11/10/2017 | 10001 | SPC, MOckingbird, DEpot, LP | Administrative Rent Payment per Order | 2410-000 | | 28,922.14 | 266,309.72 |
| 11/13/2017 | 10002 | Judith Ross, P.C. 700 N. Pearl Street Suite 1610 Dallas , TX 75201 | Mediator Fee | 3721-000 | | 1,125.00 | 265,184.72 |
| 12/07/2017 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 208.66 | 264,976.06 |
| 12/11/2017 | 10003 | Rosen Systems, INc. Michael Rosen, President 2323, LAngford Street Dallas , TX 75208 | Payment to Auctioneer per Order | 3620-000 | | 13,318.50 | 251,657.56 |
| 12/22/2017 | 10004 | Cavazos Hendricks Poirot & Smitham, P.C. Compensatoin (49,223.75) EXPENSE (1,784.46) | Payment per Order to Trustee's Atty. | 3210-000 3220-000 | | 51,008.21 | 200,649.35 |
| 01/02/2018 | 10005 | Jeffrey H., MIms, Trustee | | 2100-000 | | 17,098.55 | 183,550.80 |
| 01/08/2018 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 262.66 | 183,288.14 |

| | | | Page Subtotals | | 0.00 | 258,511.06 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 17-32828
**Case Name:** MED SHARE TECHNOLOGIES, INC.

**Taxpayer ID No:** **-***6832
**For Period Ending:** 7/21/2019

**Trustee Name:** Jeffrey H. Mims
**Bank Name:** FNB Vinita
**Account Number/CD#:** ******1858 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/10/2018 | 10006 | LEGACYTEXAS BANK | | 4210-000 | | 90,256.51 | 93,031.63 |
| 01/10/2018 | 10007 | DALLAS COUNTY TAX ASSESSOR | Payment per Order | 2820-000 | | 1,052.56 | 91,979.07 |
| 01/10/2018 | 10008 | DALLAS COUNTY TAX ASSESSORq | Payment per Order | 2820-000 | | 333.85 | 91,645.22 |
| 01/10/2018 | 10009 | Jeffrey H., MIms, Trustee | Trustee compensation per Order | 2100-000 | | 896.71 | 90,748.51 |
| 02/02/2018 | [22] | Cavazos Hendricks Poirot Smitham | Cleary settlement proceeds | 1249-000 | 360,000.00 | | 450,748.51 |
| 02/03/2018 | 10010 | CAVAZOS HENDRICKS POIROT SMITHAM P.C. | Payment per Order to Trustee's atty. | 3210-000 | | 49,223.75 | 401,524.76 |
| 02/07/2018 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 156.80 | 401,367.96 |
| 02/15/2018 | 10011 | Geroge Adams and, COmpany, INs. Agy. LLC | Excess Funds Bond | 2300-000 | | 615.00 | 400,752.96 |
| 03/07/2018 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 344.00 | 400,408.96 |
| 03/19/2018 | 10012 | Ovation Finance Holdings, LLC c/o Seth E., MEisel, Esq. Dubois, Bryant & Campbell, LLP 303, COlorado, Ste. 2300 Austin , TX 78701 | Payment to secured creditor per Order | 4210-000 | | 37,500.00 | 362,908.96 |
| | | | Page Subtotals | | 360,000.00 | 180,379.18 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 17-32828 | | | | **Trustee Name:** Jeffrey H. Mims | | |
| **Case Name:** MED SHARE TECHNOLOGIES, INC. | | | | **Bank Name:** FNB Vinita | | |
| | | | | **Account Number/CD#:** ******1858 Checking Account | | |
| **Taxpayer ID No:** **-***6832 | | | | **Blanket bond (per case limit):** 300,000.00 | | |
| **For Period Ending:** 7/21/2019 | | | | **Separate bond (if applicable):** 0.00 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/06/2018 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 420.03 | 362,488.93 |
| 04/18/2018 | 10013 | George Adams and, COmpany, INs. Agency LLC | Excess Funds Bond | 2300-000 | | 525.00 | 361,963.93 |
| 04/20/2018 | [24] | Larry Hercules | Order 3/28/18 | 1221-000 | 10,287.50 | | 372,251.43 |
| 05/02/2018 | 10014 | Commonwealth Capital, COrporation | Settlement payment per Order | 7100-000 | | 70,000.00 | 302,251.43 |
| 05/07/2018 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 374.88 | 301,876.55 |
| 06/07/2018 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 334.95 | 301,541.60 |
| 07/12/2018 | | FNB Vinita | Bank Service Fee | 2600-000 | | 309.87 | 301,231.73 |
| 07/12/2018 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | 9999-000 | | 301,231.73 | 0.00 |

| | | | | Page Subtotals | 10,287.50 | 373,196.46 | |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 812,211.17 | 812,211.17 | |
| Less:Bank Transfer/CD's | 0.00 | 301,231.73 | |
| SUBTOTALS | 812,211.17 | 510,979.44 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 812,211.17 | 510,979.44 | |

UST Form 101-7-TDR (10/1/2010) (Page 15)

**Exhibit 9**

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-32828 | **Trustee Name:** Jeffrey H. Mims |
| **Case Name:** MED SHARE TECHNOLOGIES, INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******8767 Checking Account |
| **Taxpayer ID No:** **-***6832 | **Blanket bond (per case limit):** 300,000.00 |
| **For Period Ending:** 7/21/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/12/2018 | | Transfer from FNB Vinita | Transfer from FNB Vinita | 9999-000 | 301,231.73 | | 301,231.73 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 271.55 | 300,960.18 |
| 09/04/2018 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 420.54 | 300,539.64 |
| 10/26/2018 | 52001 | Cavazos Hendricks Poirot P.C. | Order Attorney for Trustee Final Fees and Expenses | 3210-000 | | 62,631.50 | 237,908.14 |
| 10/26/2018 | 52002 | Cavazos Hendricks Poirot P.C. | Order Trustee's Attorney Expenses Final | 3220-000 | | 1,922.10 | 235,986.04 |
| 10/31/2018 | 52003 | Robbins Cobb Jenkins & Assoc., PLLC | Order entered 10/31/18; First and Final Compensation Accountant for Trustee; see Docket entry #189. | 3410-000 | | 16,776.50 | 219,209.54 |
| 03/05/2019 | 52004 | Jeffrey H. Mims Suite 560 Dallas, TX 75202 | | 2100-000 | | 25,865.30 | 193,344.24 |
| 03/05/2019 | 52005 | US TRUSTEE 1100, COmmerce St Room 976 Dallas , TX 75241 | | 2990-000 | | 325.00 | 193,019.24 |
| | | | Page Subtotals | | 301,231.73 | 108,212.49 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-32828 | |
| **Case Name:** MED SHARE TECHNOLOGIES, INC. | |

| | |
|---|---|
| **Trustee Name:** Jeffrey H. Mims | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******8767 Checking Account | |

| | |
|---|---|
| **Taxpayer ID No:** **-***6832 | |
| **For Period Ending:** 7/21/2019 | |

| | |
|---|---|
| **Blanket bond (per case limit):** 300,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/05/2019 | 52006 | SPC Mockingbird Depot, LLC<br>12700 Park Central Dr<br>Dallas, TX 75251 | Disb of 100.00% to Claim #00025A | 5800-000 | | 3,369.37 | 189,649.87 |
| 03/05/2019 | 52007 | Texas Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711 | Disb of 100.00% to Claim #00027A | 5800-000 | | 1,000.02 | 188,649.85 |
| 03/05/2019 | | Internal Revenue Service<br>TX | Disb of 100.00% to Claim #Employer matching taxes | | | 1,417.18 | 187,232.67 |
| | | | ALLYSON GARZA (SocSec Employer) | (114.13) | 5800-000 | | | |
| | | | ALLYSON GARZA (Medicare Employer) | (26.69) | 5800-000 | | | |
| | | | ALLYSON GARZA (Fed Employer) | (11.04) | 5800-000 | | | |
| | | | GABRIEL A. MENDOZA (SocSec Employer) | (85.85) | 5800-000 | | | |
| | | | GABRIEL A. MENDOZA (Medicare Employer) | (20.07) | 5800-000 | | | |
| | | | GABRIEL A. MENDOZA (Fed Employer) | (8.31) | 5800-000 | | | |
| | | | ORLANDO R GARCIA - EMPLOYEE (SocSec Employer) | (438.65) | 5800-000 | | | |
| | | | ORLANDO R GARCIA - EMPLOYEE (Medicare Employer) | (102.59) | 5800-000 | | | |

| | | | Page Subtotals | | 0.00 | 5,786.57 | |

**Exhibit 9**

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-32828**
Case Name: **MED SHARE TECHNOLOGIES, INC.**

Trustee Name: **Jeffrey H. Mims**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********8767 Checking Account**
Blanket bond (per case limit): **300,000.00**
Separate bond (if applicable): **0.00**

Taxpayer ID No: **\*\*-\*\*\*6832**
For Period Ending: **7/21/2019**

| 1 | 2 | 3 | 4 | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ORLANDO R GARCIA - EMPLOYEE (Fed Employer) | (42.00) | 5800-000 | | | |
| | | | Phillip Nigh (SocSec Employer) | (331.67) | 5800-000 | | | |
| | | | Phillip Nigh (Medicare Employer) | (99.80) | 5800-000 | | | |
| | | | Phillip Nigh (Fed Employer) | (136.38) | 5800-000 | | | |
| 03/05/2019 | 52008 | Texas Employment Commission TX | Disb of 100.00% to Claim # Employer matching taxes | | | | 1,110.06 | 186,122.61 |
| | | | ALLYSON GARZA (State Employer) | (118.92) | 5800-000 | | | |
| | | | GABRIEL A. MENDOZA (State Employer) | (89.45) | 5800-000 | | | |
| | | | ORLANDO R GARCIA - EMPLOYEE (State Employer) | (457.05) | 5800-000 | | | |
| | | | Phillip Nigh (State Employer) | (444.64) | 5800-000 | | | |
| 03/05/2019 | 52009 | AMERICAN EXPRESS TRAVEL RELATED SER Services, COmpany, Inc c/o Becket and Lee LLP PO Box 3001 Malvern , PA 19355-0701 | Disb of 4.35% to Claim #000002 | | 7100-000 | | 3,570.33 | 182,552.28 |
| 03/05/2019 | 52010 | AMERICAN EXPRESS TRAVEL RELATED SER Services, COmpany, Inc c/o Becket and Lee LLP PO Box 3001 Malvern , PA 19355-0701 | Disb of 4.35% to Claim #000003 | | 7100-000 | | 4,998.94 | 177,553.34 |
| | | | Page Subtotals | | | 0.00 | 11,096.51 | |

UST Form 101-7-TDR (10/1/2010) (Page 18)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No: | 17-32828 | | Trustee Name: | Jeffrey H. Mims |
| Case Name: | MED SHARE TECHNOLOGIES, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******8767 Checking Account |
| Taxpayer ID No: | **-***6832 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/21/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/05/2019 | 52011 | RENEW AESTHETICS AT PINNACLE POINT, c/o David Kleiman 1601 Elm Street, Suite 4100 Dallas , TX 75201 | Disb of 4.35% to Claim #000006 | 7100-000 | | 3,259.21 | 174,294.13 |
| 03/05/2019 | 52012 | COMMONWEALTH CAPITAL CORP. James G. Rea, Esq. McGUIRE, CRADDOCK & STROTHER, P.C. 2501 N. Harwood, Suite 1800 Dallas , TX 75201 | Disb of 4.35% to Claim #000008 | 7100-000 | | 43,037.59 | 131,256.54 |
| 03/05/2019 | 52013 | SCG SKIN REJUVENATION 1911 West Trindle Road, Suite #4 Carlisle , PA 17013 | Disb of 4.35% to Claim #000009 | 7100-000 | | 223.80 | 131,032.74 |
| *03/05/2019 | 52014 | JIA ZHENG, MD | Disb of 4.35% to Claim #000012 | 7100-004 | | 312.64 | 130,720.10 |
| 03/05/2019 | 52015 | Legacy Texas Bank c/o Higier Allen & Lautin P.C. Jason T. Rodriguez 2711 N Haskell Ave Ste 2400 Dallas, TX 75204 | Disb of 4.35% to Claim #00013 | 7100-000 | | 44,886.39 | 85,833.71 |
| *03/05/2019 | 52016 | GARZA PLASTIC AND RECONSTRUCTIVE SU | Disb of 4.35% to Claim #000015 | 7100-004 | | 1,738.24 | 84,095.47 |
| 03/05/2019 | 52017 | YM BEAUTY, INC. 60, WAshington Street Courthouse Plaza, Suite 204 Morristown , NJ 07960 | Disb of 4.35% to Claim #000017 | 7100-000 | | 3,293.97 | 80,801.50 |
| | | | Page Subtotals | | 0.00 | 96,751.84 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)                                      **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No: | 17-32828 | Trustee Name: | Jeffrey H. Mims |
| Case Name: | MED SHARE TECHNOLOGIES, INC. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******8767 Checking Account |
| Taxpayer ID No: | **-***6832 | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/21/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/05/2019 | 52018 | BASU PLASTIC SURGERY<br>Harry, SCarborough<br>1444 Blake Street<br>Denver , CO 80202 | Disb of 4.35% to Claim #000018 | 7100-000 | | 2,172.80 | 78,628.70 |
| 03/05/2019 | 52019 | FEDEX CORPORATE SERVICES, INC.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., MOdule G.,3rd, FLoor<br>Memphis , TN 38116-5017 | Disb of 4.35% to Claim #000019 | 7100-000 | | 63.31 | 78,565.39 |
| 03/05/2019 | 52020 | TEAM AIR EXPRESS<br>P.O. Box 668<br>Winnsboro , TX 75494 | Disb of 4.35% to Claim #000020 | 7100-000 | | 1,016.63 | 77,548.76 |
| *03/05/2019 | 52021 | QWAT ALAAJ MEDICAL CO.<br>KSA -Riyadh<br>Sajer-11951<br>K.S.A -, RIyadh -Sajer-11951-Qwat, ALaaj | Disb of 4.35% to Claim #000021 | 7100-004 | | 2,064.16 | 75,484.60 |
| 03/05/2019 | 52022 | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia , PA 19101-7346 | Disb of 4.35% to Claim #00022-2 | 7100-000 | | 42.37 | 75,442.23 |
| 03/05/2019 | 52023 | MARK H LINDER DDS<br>13203 N 103rd Ave Ste H1<br>Sun City , AZ 85351 | Disb of 4.35% to Claim #000023 | 7100-000 | | 3,170.12 | 72,272.11 |
| | | | | Page Subtotals | 0.00 | 8,529.39 | |

UST Form 101-7-TDR (10/1/2010) (Page 20)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-32828 | | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|---|
| Case Name: | MED SHARE TECHNOLOGIES, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******8767 Checking Account |
| Taxpayer ID No: | **-***6832 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/21/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 03/05/2019 | 52024 | AMERICAN EXPRESS TRAVEL RELATED SER Services, COmpany, Inc c/o Becket and Lee LLP PO Box 3001 Malvern , PA 19355-0701 | Disb of 4.35% to Claim #000024 | 7100-000 | | 4,178.48 | 68,093.63 |
| 03/05/2019 | 52025 | SPC Mockingbird Depot, LLC 12700 Park Central Dr Dallas, TX 75251 | Disb of 4.35% to Claim #00025 | 7100-000 | | 5,383.88 | 62,709.75 |
| 03/05/2019 | 52026 | RONIKA GROUP c/o Kathryn Reid Rochelle McCullough, LLP 325 N. St., PAul Street, Suite 4500 Dallas , TX 75201 | Disb of 4.35% to Claim #000026 | 7100-000 | | 1,021.22 | 61,688.53 |
| 03/05/2019 | 52027 | Texas Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin, TX 78711 | Disb of 4.34% to Claim #00027 | 7100-000 | | 6.08 | 61,682.45 |
| 03/05/2019 | 52028 | OVATION FINANCE HOLDINGS, LLC 835 W. 6th Street, Suite 1440 Austin , TX 78703 | Disb of 4.35% to Claim #000028 | 7100-000 | | 44,499.04 | 17,183.41 |
| | | | Page Subtotals | | 0.00 | 55,088.70 | |

**Exhibit 9**

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-32828 | | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|---|
| Case Name: | MED SHARE TECHNOLOGIES, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******8767 Checking Account |
| Taxpayer ID No: | **-***6832 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/21/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/05/2019 | 52029 | ALLYSON GARZA<br>174332, MOntfort Drive #16201<br>Dallas, TX 75254 | Gross: $1,840.79 Fed: $211.69 SocSec: $114.13 Medicare: $26.69 | 5300-000 | | 1,488.28 | 15,695.13 |
| 03/05/2019 | 52030 | Phillip Nigh<br>5637 Norris<br>The Colony, TX 75056 | Gross: $6,883.00 Fed: $1,307.77 SocSec: $426.75 Medicare: $99.80 | 5300-000 | | 5,048.68 | 10,646.45 |
| 03/05/2019 | 52031 | ORLANDO R GARCIA - EMPLOYEE<br>10626 Chesterton Dr<br>Dallas, TX 75238 | Gross: $7,075.00 Fed: $304.23 SocSec: $438.65 Medicare: $102.59 | 5300-000 | | 6,229.53 | 4,416.92 |
| 03/05/2019 | 52032 | GABRIEL A. MENDOZA<br>Dallas, TX 75251 | Gross: $1,384.62 Fed: $128.77 SocSec: $85.85 Medicare: $20.07 | 5300-000 | | 1,149.93 | 3,266.99 |
| 03/05/2019 | | Internal Revenue Service<br>TX | Withholdings for (Fed, Medicare, SocSec) | | | 3,266.99 | 0.00 |
| | | | ALLYSON GARZA (Fed)                    (211.69) | 5300-000 | | | |
| | | | ALLYSON GARZA (SocSec)              (114.13) | 5300-000 | | | |
| | | | ALLYSON GARZA (Medicare)            (26.69) | 5300-000 | | | |
| | | | GABRIEL A. MENDOZA (Fed)            (128.77) | 5300-000 | | | |
| | | | GABRIEL A. MENDOZA (SocSec)        (85.85) | 5300-000 | | | |
| | | | GABRIEL A. MENDOZA (Medicare)      (20.07) | 5300-000 | | | |

| | | | Page Subtotals | | 0.00 | 17,183.41 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-32828**
Case Name: **MED SHARE TECHNOLOGIES, INC.**

Trustee Name: **Jeffrey H. Mims**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********8767 Checking Account**

Taxpayer ID No: **\*\*-\*\*\*6832**
For Period Ending: **7/21/2019**

Blanket bond (per case limit): **300,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ORLANDO R GARCIA - EMPLOYEE (Fed) | (304.23) | 5300-000 | | | |
| | | | ORLANDO R GARCIA - EMPLOYEE (SocSec) | (438.65) | 5300-000 | | | |
| | | | ORLANDO R GARCIA - EMPLOYEE (Medicare) | (102.59) | 5300-000 | | | |
| | | | Phillip Nigh (Fed) | (1,307.77) | 5300-000 | | | |
| | | | Phillip Nigh (SocSec) | (426.75) | 5300-000 | | | |
| | | | Phillip Nigh (Medicare) | (99.80) | 5300-000 | | | |
| *07/09/2019 | | QWAT ALAAJ MEDICAL CO. KSA -Riyadh Sajer-11951 K.S.A -, RIyadh -Sajer-11951-Qwat, ALaaj | Stop Payment on Check 52021 | | 7100-004 | | (2,064.16) | 2,064.16 |
| *07/09/2019 | | GARZA PLASTIC AND RECONSTRUCTIVE SU | Stop Payment on Check 52016 | | 7100-004 | | (1,738.24) | 3,802.40 |
| *07/09/2019 | | JIA ZHENG, MD | Stop Payment on Check 52014 | | 7100-004 | | (312.64) | 4,115.04 |
| 07/11/2019 | 52033 | U. S. Bankruptcy Clerk Attention: Unclaimed funds/Financial Dept. 1100 Commerce Street Room 1254 Dallas, TX 75242-1496 | | (2,064.16) | 7100-001 | | 4,115.04 | 0.00 |
| | | | Page Subtotals | | | 0.00 | 3,266.99 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No:** | 17-32828 | **Trustee Name:** | **Jeffrey H. Mims** |
| **Case Name:** | **MED SHARE TECHNOLOGIES, INC.** | **Bank Name:** | **Texas Capital Bank** |
| | | **Account Number/CD#:** | ********8767 Checking Account** |
| **Taxpayer ID No:** | **-***6832 | **Blanket bond (per case limit):** | **300,000.00** |
| **For Period Ending:** | **7/21/2019** | **Separate bond (if applicable):** | **0.00** |

| 1 | 2 | 3 | 4 | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | (1,738.24) | 7100-001 | | | | |
| | | | (312.64) | 7100-001 | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,115.04 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 301,231.73 | 301,231.73 |
| Less:Bank Transfer/CD's | 301,231.73 | 0.00 |
| **SUBTOTALS** | 0.00 | 301,231.73 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 301,231.73 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **17-32828** | Trustee Name: **Jeffrey H. Mims** |
| Case Name: **MED SHARE TECHNOLOGIES, INC.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: **\*\*\*\*\*\*8833 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*6832** | Blanket bond (per case limit): **300,000.00** |
| For Period Ending: **7/21/2019** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | | | | | |

| | | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 812,211.17 | | | | | |
| All Accounts Gross Disbursements: | 812,211.17 | | \*\*\*\*\*\*1858 Checking Account | 812,211.17 | 510,979.44 | |
| All Accounts Net: | 0.00 | | \*\*\*\*\*\*8767 Checking Account | 0.00 | 301,231.73 | |
| | | | **Net Totals** | 812,211.17 | 812,211.17 | 0.00 |